IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-01538-RBJ-MJW

THOMAS A. MATTHEWS, and,
REBECCA L. MATTHEWS,

Plaintiff(s),

v.

GRAND AUTO, INC , d/b/a GRAND KIA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Attend Settlement
Conference by Phone, DN 11, filed with the Court on September 27, 2011, is
GRANTED.  Counsel for Defendant shall ensure the availability of Mr. Robb Arnold, for
the settlement conference on October 3, 2011, at 10:30 a.m.  (Mountain Time).  The
Court's telephone number is (303) 844-2403.

Date:  September 29, 2011